# United States District Court

EASTERN DISTRICT OF WISCONSIN

GORGIO WEBB,
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 15-CV-1538

MIDWESTERN WHEELS INC., et al.
        Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that in accordance with the Settlement Agreement executed by parties, judgment for plaintiff against defendants in the amount Twenty-six Thousand Two Hundred Sixty-four Dollars and Seventy-six cents ($26,264.76). Hawks Quindel, S.C. is awarded Eight Thousand Seven Hundred Fifty-four Dollars and Ninety-two cents ($8,754.92) in fees and Nine Hundred Fourteen Dollars and Seventy-four cents ($914.74) for costs. This case is dismissed with prejudice.

Approved:     s/ William C. Griesbach
                    William C. Griesbach, Chief Judge
                    United States District Court

Dated: July 5, 2016.

                    JON W. SANFILIPPO
                    Clerk of Court

                    s/ Lori Hanson
                    (By) Deputy Clerk